PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00040-DJC |
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| REYMUNDO JOSE MENDEZ, | DATE: November 30, 2023 TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case was previously assigned to the Fresno Division. On October 7, 2023, the Honorable Sheila K. Oberto continued the status conference to December 6, 2023 and excluded time up to and including that date. ECF 34.

2. On September 12, 2023, this case was reassigned to the Sacramento Division under Amended Local Rule 120 to the Honorable Daniel J. Calabretta.

3. By previous order, this matter was reset for a status conference on November 30, 2023 at 9:00 a.m.

4. By this stipulation, the parties now move to exclude time between October 12, 2023, and November 30, 2023, under the Speedy Trial Act.

5. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports and related documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant has spoken with the Fresno Federal Public Defender's Office regarding withdrawing from the case and appointment of a new attorney from the Sacramento CJA Panel because the defendant was transferred to Sacramento and defense counsel cannot drive due to an emergent medical condition. New counsel will need time to review discovery, consult with the client, conduct investigation into the charges, and to explore potential resolution with the government.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 12, 2023 to November 30, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4 – Continuity of Counsel and Effective Preparation] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 10, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALSTYN BENNETT
ALSTYN BENNETT
Assistant United States Attorney

Dated: October 10, 2023

/s/ GALATEA DELAPP
GALATEA DELAPP
Counsel for Defendant
REYMUNDO JOSE MENDEZ

**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of October, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE