PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMUNDO JOSE MENDEZ,<br><br>Defendant. | CASE NO. 1:22-CR-00040-DJC<br><br>ORDER AND FINDINGS<br><br>DATE: January 25, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

IT IS SO FOUND AND ORDERED this 5th day of January, 2024.  A status conference re identification of counsel is set for January 11, 2024, at 9:00 a.m.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of the date of this stipulation to January 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 because it results from a continuance granted by the Court on the government's motion on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  January 5, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER