TAMARA SOLOMAN, SBN 207055
LAW OFFICE OF TAMARA L. SOLOMAN
P.O. Box 5482
El Dorado Hills, California 95762
Telephone:   (916) 712-8962
E-mail:      solomanlaw@yahoo.com

Attorney for Defendant
RAYMUNDO JOSE MENDEZ

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>RAYMUNDO JOSE MENDEZ,<br><br>              Defendant. | Case No.: 1:22-cr-00040-DJC<br><br>**WAIVER OF PERSONAL APPEARANCE** |

   Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant RAYMUNDO JOSE MENDEZ hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, empanelment of jury and imposition of sentence.

/////

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

Defense counsel will advise the United States Marshals at least two weeks before the defendant's presence is needed.

DATED:   February 10, 2024                    /s/ Raymundo Jose Mendez
                                                                        RAYMUNDO JOSE MENDEZ
                                                                        Defendant


DATED:   February 10, 2024                    /s/ Tamara Soloman
                                                                        TAMARA SOLOMAN
                                                                        Attorney for Defendant

**IT IS SO ORDERED.**

DATED:  February 12, 2024               /s/ Daniel J. Calabretta
                                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                                  UNITED STATES DISTRICT JUDGE