PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REYMUNDO JOSE MENDEZ,<br><br>Defendant. | CASE NO. 1:22-CR-00040-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 18, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case was previously assigned to the Fresno Division.

2. On September 12, 2023, this case was reassigned to the Sacramento Division under Amended Local Rule 120 to the Honorable Daniel J. Calabretta.

3. On November 26, 2023, prior attorney of record Galatea DeLapp filed an unopposed motion to withdraw as counsel. ECF 41. On November 27, the Court granted that motion and ordered that the CJA Panel Administrator identify local counsel to represent defendant and submit a proposed order appointing counsel thereafter. ECF 43.

4. On January 8, 2024, the Court appointed attorney Tamara L. Solomon at attorney of record for the defendant. ECF 49.

5. By previous order, this matter was set for status on April 18, 2024.

6. By this stipulation, defendant now moves to continue the status conference until July 11, 2024 at 9:00 AM and to exclude time between April 18, 2024, and July 11, 2024, under Local Code T4.

7. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports and related documents. All of this discovery has either been produced directly to counsel or made available for inspection and copying.

b) Counsel for defendant desires additional time to review the discovery, investigate the current charges, and consult with her client. Defendant is currently housed at Taft Correctional Institution in Taft, California, which is a 9 hour round trip drive to and from Sacramento, requiring an overnight stay. Additionally, counsel has been preparing for eight state court trials in the next two months, a preliminary hearing involving a mass production of discovery, and a California Penal Code § 1172.6 resentencing involving 1.5 boxes of trial transcripts.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 18, 2024, and July 11, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4 – Continuity of Counsel and Effective Preparation] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 9, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ALSTYN BENNETT
ALSTYN BENNETT
Assistant United States Attorney

Dated:  April 9, 2024

/s/ TAMARA L. SOLOMAN
TAMARA L. SOLOMAN
Counsel for Defendant
REYMUNDO JOSE MENDEZ

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

**ORDER**

IT IS SO FOUND AND ORDERED this 10th day of April, 2024.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE