PHILLIP A. TALBERT
United States Attorney
R. ALEX CARDENAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00040-DJC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| RAYMUNDO JOSE MENDEZ, | DATE: July 11, 2024 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status conference on July 11, 2024.  *See* ECF No. 58.

2.      By this stipulation, defendant now moves to continue the status conference until August 1, 2024, at 9:00 a.m., and to exclude time between July 11, 2024, and August 1, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the parties are working towards a resolution in this matter.  The parties are in the process of finalizing a plea agreement.

b)      Counsel for defendant desires additional time to review the plea agreement with

1  Mr. Mendez in person.  Mr. Mendez is currently housed at Taft Correctional Institution in Taft,

2  California, which is a 9 hour round trip drive to and from Sacramento, requiring an overnight stay.

3  Additionally, counsel has been preparing for a complex hearing.

4        c)     Counsel for defendant believes that failure to grant the above-requested

5  continuance would deny her the reasonable time necessary for effective preparation, taking into account

6  the exercise of due diligence.

7        d)     The government does not object to the continuance.

8        e)     Based on the above-stated findings, the ends of justice served by continuing the

9  case as requested outweigh the interest of the public and the defendant in a trial within the original date

10  prescribed by the Speedy Trial Act.

11        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12  et seq., within which trial must commence, the time period of July 11, 2024, and August 1, 2024,

13  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4 –

14  Continuity of Counsel and Effective Preparation] because it results from a continuance granted by the

15  Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking

16  such action outweigh the best interest of the public and the defendant in a speedy trial.

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1  //

2        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

3  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4  must commence.

5        IT IS SO STIPULATED.

6

7  Dated:  July 8, 2024                    PHILLIP A. TALBERT
                                      United States Attorney

8

9                                    /s/ R. ALEX CARDENAS

10                                 R. ALEX CARDENAS
                                 Assistant United States Attorney

11

12  Dated:  July 8, 2024                   /s/ TAMARA L. SOLOMAN

13                                  TAMARA L. SOLOMAN

14                                 Counsel for Defendant
                                 RAYMUNDO JOSE MENDEZ

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

IT IS SO FOUND AND ORDERED this 8th day of July, 2024.

3

4

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA

5

UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28