FILED
11/19/2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

REYMUNDO JOSE MENDEZ,

Defendant.

Case No. 1:22-cr-00040-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL

This is to authorize and direct you to release REYMUNDO JOSE MENDEZ – Case No. 1:22-cr-00040-DJC; Charge 18 U.S.C. § 3606 – from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $

____ Unsecured Appearance Bond $

____ Appearance Bond with 10% Deposit

**X** Other: Defendant sentenced to a term of imprisonment of TIME SERVED as of November 20, 2026 at 8:00 AM.

____ Sacramento County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 11/19/2026 at 9:15 AM.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE